UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No. 08-09 (KSH)
         v.                  :     Hon. Katharine S. Hayden

ABDULLAH MEYERS,             :
                             :     UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Robert Frazer, Assistant U.S. Attorney, appearing) for an order that the above-referenced case be completely unsealed; and for good cause shown,

IT IS ON this ___ day of September, 2008,

ORDERED that the case be completely unsealed.

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE