# WILLIS & YOUNG

A Professional Corporation
Attorneys at Law

Peter R. Willis, NJ Bar
John A. Young, Jr., NJ, PA Bar
****************************

921 Bergen Avenue, Ste. 525
Jersey City, NJ 07306

Telephone 201-659-2090
Fax 201-659-1964

March 24, 2009

Hon. Katharine S. Hayden, USDJ
US District Court
U.S.P.O. & Cthse., Room 311
Newark, NJ 07101

Re:  USA v. Abdullah Meyers, aka "Rock"
     Cr. No: 08-09

Your Honor:

   Please be advised that this office represents Abdullah Meyers in the above-mentioned matter. Mr. Meyers is currently scheduled for sentencing on Tuesday, March 31, 2009. I am respectfully requesting that this sentence be adjourned until Tuesday, April 7, 2009, as I am scheduled to start a trial on Monday, March 30, 2009, in Hudson County Superior Court before the Honorable Fred Theemling in the matter of State v. Edward Kopf. This trial is expected to last a week.

   Thanking you in advance for your consideration to this request.

Respectfully,

*Peter Willis*
PETER R. WILLIS, ESQ.

---

*Request GRANTED. Sentencing will go forward on 4/7/09 @ 3:00 p.m. No further adjournments will be granted. SO ORDERED*

[signature]
3/24/09