PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Abdullah Meyers　　　　　　　　　　　　　　　Cr.: 08-00009-02
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 50521

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 04/13/09

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 60-month-term of incarceration; 60-month-term of supervised release; $200 special assessment; and to abide by the following special conditions: drug testing/treatment; financial disclosure, and DNA testing.

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 04/12/12

## PETITIONING THE COURT

[ ]　To extend the term of supervision for　　　Years, for a total term of　　　Years.
[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

PROHIBITIONS ON GANG/CRIMINAL ASSOCIATIONS

You shall refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group. You shall be restricted from frequenting any location where members of said organizations are known to congregate or meet. You shall not have in your possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations.

## CAUSE

The offender reported he held the title of "5 Star General" with the Bloods street gang and has associated with several convicted felons and gang members while on supervised release. The offender has had personal, telephone, and e-mail contact with offenders who are in the community and incarcerated. The offender explained several contacts were made in order to give the impression he did not cooperate in the instant offense.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　Maureen Kelly
　　　　　　　　　　　　　　　　　　　　　　　By: Suzanne Golda
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　Date: 10/23/12

THE COURT ORDERS:

[✗] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/15/12
Date